R. H. Macy Co., Inc. *v.* United States

No. 4442.—Invoices dated Gullaskruf, Sweden, July 1, 1935, etc.
  Certified July 3, 1935, etc.
  Entered at New York July 18, 1935, etc.
  Entry No. 706603, etc.

(Decided on rehearing [Reap. Dec. 4150] November 9, 1938)

 *Carl W. Stern* (*Harry M. Farrell* of counsel) for the plaintiff.
 *Webster J. Oliver*, Assistant Attorney General (*Samuel D. Spector*, special attorney), for the defendant.

 Sullivan, Judge: The appeals to reappraisement listed in schedule A, hereto attached and made a part hereof, having been formally abandoned, I find the proper dutiable values of the involved merchandise on the dates of exportation thereof to be the values returned by the appraiser. Judgment will be rendered accordingly.

United States *v.* L. Bamberger & Co.

No. 4443.—Invoices dated Gullaskruf, Sweden, February 14, March 19, 1938.
  Certified February 16, March 23, 1938.
  Entered at Newark, N. J., March 11, April 13, 1938.
  Entry Nos. N70864, N70969.

(Decided November 9, 1938)

 *Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the plaintiff.
 *Strauss & Hedges* for the defendant.

 Sullivan, Judge: These appeals to reappraisement have been stipulated and submitted for decision by counsel for the parties hereto.
 On the agreed facts, I find the foreign value, as that value is defined in section 402 (c) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise here involved, and that such values are as follows:

 Unit invoiced values, less 50% discount, plus 15% advance, less 2% cash discount, plus cases and packing of Swedish Kronor .30 per cubic ft.

 Judgment will be rendered accordingly.